UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ALI MUHAMMAD and KAYLA TORRES,

Plaintiffs,

v.

UNITED STATES OF AMERICA (Federal Aviation Administration),

Defendant.

Case No.

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT (FTCA)**

**INTRODUCTION**

1. This is an action under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, for personal injuries and economic damages caused by the negligent acts of an employee of the Federal Aviation Administration (FAA), a government agency.

## JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1346(b)(1).

3. Venue is proper in the District of Massachusetts under 28 U.S.C. § 1402(b) because the acts or omissions giving rise to this complaint occurred in Roxbury, Massachusetts.

## PARTIES

4. Plaintiff Ali Muhammad resides in Woburn, Massachusetts.

5. Plaintiff Kayla Torres resides in Woburn, Massachusetts.

6. Defendant Federal Aviation Administration (FAA) is a federal agency with its principal office in Washington, D.C.

7. Defendant Matthew Martins, employed by the FAA, was operating a government-owned Dodge Ram vehicle at the time of the incident.

## FACTUAL BACKGROUND

8. On March 7, 2023, Ali Muhammad was driving his vehicle with Kayla Torres as a passenger at the intersection of Dudley Street and Greenville Street in Roxbury, Massachusetts.

9. Defendant Martins, acting within the scope of his employment with the FAA, negligently rear-ended the plaintiffs' vehicle while operating a government-owned vehicle.

10. Defendant Martins initially failed to stop after the collision, requiring Mr. Muhammad to pursue him down the street to ensure he pulled over.

11. The collision caused significant injuries to both plaintiffs and required medical attention and follow-up care.

12. As a direct result of Defendant Martins' negligence, the Plaintiffs sustained the following injuries:

**Ali Muhammad**:

- Aggravation and severe damage to a pre-existing knee condition, resulting in a complete ACL rupture, lateral meniscus tear, and the need for surgical intervention.
- Pain and limited mobility in his neck, shoulder, and upper back following the accident.
- With diagnostic imaging reveling disc herniation in the cervical spine and a partial tear in the rotator cuff, causing persistent nerve damage symptoms
- Substantial economic loss due to missed work and ongoing medical treatment.

**Kayla Torres**:

- Whiplash injuries causing pain in her neck, upper back, and shoulders, accompanied by severe headaches and fatigue.
- Intermittent neurological symptoms, including tingling and discomfort, linked to muscle strain and the accident's impact.

13. Plaintiffs sought immediate medical treatment following the collision, and both continue to require ongoing care for accident-related injuries.

## DAMAGES TO ALI MUHAMMAD

14. Plaintiff Ali Muhammad suffered the following damages:

• Medical Expenses: $57,921.16 (including past and future costs).

• Lost Income: $74,500.00.

• Pain and Suffering: $340,000.00.

• Property Damage: $750.84.

15. The total damages for Ali Muhammad are $473,172.00

## DAMAGES TO KAYLA TORRES

16. Plaintiff Kayla Torres suffered the following damages:

• Medical Expenses: $54,439.00 (including past and future costs).

• Pain and Suffering: $170,000.00.

17. The total damages for Kayla Torres are $224,439.00.

## CLAIM FOR RELIEF

18. The negligent acts of Defendant Martins, while acting within the scope of his employment with the FAA, directly caused the injuries and damages sustained by the Plaintiffs.

19. Under the FTCA, the United States is liable for the negligent acts or omissions of its employees acting within the scope of their employment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Ali Muhammad and Kayla Torres respectfully request the following relief:

a. Judgment in favor of Plaintiffs for the amount of $697,611.00, covering economic and non-economic damages.

b. Costs of this action and any other relief the Court deems just and proper.

Respectfully submitted,

Ali Muhammad

Pro Se

1 Corporal Charles J McMahon Dr

Woburn, MA 01801

Kayla Torres

Pro Se

1 Corporal Charles J McMahon Dr

Woburn, MA 01801