```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                                      |   |                              |
|--------------------------------------|---|------------------------------|
| **ALI MUHAMMAD and KAYLA TORRES,**   ) |                              |
|                                      ) |                              |
|         Plaintiffs,                  ) |                              |
|                                      ) | **Civil Action No.**         |
|         v.                           ) | **25-10136-WGY**             |
|                                      ) |                              |
| **UNITED STATES OF AMERICA,**        ) |                              |
|                                      ) |                              |
|         Plaintiff.                   ) |                              |

## ORDER

**YOUNG, D.J.**

Pro se plaintiff Ali Muhammad brings this action under the Federal Tort Claims Act, alleging that an employee of the Federal Aviation Administration is responsible for a motor vehicle accident in which he and Kayla Torres were injured. An exhibit to the complaint suggests that Muhammad and Torres exhausted their administrative remedies and that this suit is timely filed.

Although Torres is identified as a plaintiff, she did not sign the complaint. In addition, she did not sign the motion for leave to proceed in forma pauperis. The requirement that a party sign a document is more than a mere formality. Under the Federal Rules of Civil Procedure, a litigant (or their attorney) must sign every paper they file with the Court. See Fed. R. Civ. P. 11(a). The signature is a representation to the Court

that, to the best of the person's knowledge, the information therein is true, not for an improper purpose, and is warranted under law.  *See* Fed. R. Civ. P. 11(b).

Thus, if Torres wishes to remain a plaintiff in this action, she must, within 35 days:

1. File a copy of the complaint with her signature; and

2. Pay the $405 filing fee or seek leave to proceed *in forma* pauperis.

If Torres fails to comply with either directive within 35 days, she may be dismissed as a party to this action.

The Clerk shall provide Torres with (1) a copy of the complaint, which Torres may sign and return to the Court; and (2) an Application to Proceed in District Court Without Prepaying Fees and Costs, which Torres may use as a motion for leave to proceed *in forma pauperis*.

**So ordered.**

/s/ William G. Young
William G. Young
United States District Judge

Dated:  February 10, 2025

2